

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04 - 60164-CR-COHN   MAGISTRATE JUDGE
SNOW

CASE NO. _____

18 U.S.C. § 611

UNITED STATES OF AMERICA

vs.

TROY SHIVDAYAL

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about November 7, 2000, in Broward County, in the Southern District of Florida, the

defendant,

## TROY SHIVDAYAL,

an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

_____

FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

TROY SHIVDAYAL,

Defendant.
_____/

CASE NO. 04 - 60164 - CR-COHN

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:          MAGISTRATE JUDGE SNOW

**Court Division**: (Select One)

| | | | |
|---|---|---|---|
| ___ Miami | ___ Key West | | |
| _X_ FTL | ___ WPB | ___ FTP | |

New Defendant(s)                Yes ____    No ____
Number of New Defendants        ____
Total number of counts          ____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:     (Yes or No)     _No_
      List language and/or dialect    _____

4.    This case will take     _3_    days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                          (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | _X_ |
| IV | 21 to 60 days | ____ | Felony | ____ |
| V | 61 days and over | ____ | | |

6.    Has this case been previously filed in this District Court? (Yes or No)    _No_
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    _No_
If yes:
Magistrate Case No.                    _____
Related Miscellaneous numbers:         _____
Defendant(s) in federal custody as of  _____
Defendant(s) in state custody as of    _____
Rule 20 from the    _____    District of _____

Is this a potential death penalty case? (Yes or No)    _No_

7.    Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ____ Yes    _X_ No

8.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ____ Yes    _X_ No
      If yes, was it pending in the Central Region? ____ Yes ____ No

9.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes    _X_ No

10.   Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ____ Yes    _X_ No

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500050

*Penalty Sheet(s) attached                                              REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   TROY SHIVDAYAL

Case No:   04-60164 CR-COHN

Count #: 1

Election Fraud

Title 18, United States Code, Section 611

* Max.Penalty:   1 year's imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT

___SOUTHERN_____ District of _____FLORIDA_____

## THE UNITED STATES OF AMERICA

*vs.*

_____TROY SHIVDAYAL_____

Defendant

# INDICTMENT

## 18 U.S.C. § 611

*A true bill.*



FGJ 04-01(MIA)                                                    Foreman

*Filed in open court this* _____ 15 _____, day,

*of* __July__ A.D. 2004

_____ Clerk

Bail, $ _____

Case 0:04-cr-60154-JIC Document 1 Entered on FLSD Docket 07/19/2004 Page 4 of 4