FILED BY: _____ D.C.

2004 AUG 23 AM 10: 36

CLE. . . . DIST. CT.
S.D. OF FL.-FTL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60164-CR-COHN
Magistrate Judge Snow

UNITED STATES OF AMERICA

v.

TROY SHIVDAYAL

_____/

GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order entered in this case. This response is numbered to correspond to that order.

A.1 Written statements of the defendant are attached.

A.2 The government is unaware of any statements of the defendant in response to interrogation by a known government agent.

A.3 No defendant testified before the grand jury.

A.4 There does not appear to be a record of any arrests or convictions for this defendant.

A.5 Copies of books, papers, etc. that the government intends to use as evidence during its case in chief, or which were obtained from the defendant, can be inspected by arranging an appointment with the undersigned prosecutor, who may be reached at (305) 961-9234. While copies of some materials are attached hereto, they do not represent all materials available for inspection, and counsel should therefore contact the

undersigned to schedule a complete inspection.  Documents have been reproduced to the best extent possible, and complete legibility of copies is not guaranteed.

A.6  No contraband was seized in connection with this case. No physical or mental examinations have occurred, and no scientific tests or experiments have been made in connection with this case.

B.   The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.   This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.   The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady or Agurs other than any information already disclosed herein.

D. & E.   The United States is unaware of any witness within the scope of these paragraphs.

F.   No line-ups, show-ups, or similar identification procedures were used during this case.

G.   The government has advised its agents and officers involved in this case to preserve all rough notes.

H.   The government will advise the defendants prior to trial of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b).  Counsel are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any prior or future discovery response, may be introduced in the trial of this cause pursuant to F.R.E. 404(b) or otherwise.

I.  The defendant is not aggrieved persons as defined in Title 18, United States Code, Section 2510(11), of electronic surveillance.

J.   The government has ordered transcribed the grand jury testimony of all witnesses who will testify for the government at the trial of this cause.

2

K.    No contraband was seized in connection with this case.


L.    The United States is not in possession of any vehicles involved in this case.

M.    The government is not currently aware of any latent fingerprints or palm prints which have been identified by a government expert as those of a defendant.


N.    Upon request of any defendant, the United States will make disclosure regarding expert testimony, if applicable.

O.    Counsel may contact the undersigned to confer regarding stipulations.

P.    Upon scheduling and conclusion of the discovery conference referenced in paragraph A.5 above, the undersigned is available to collaborate regarding a statement describing discovery material exchanged.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to ensure a fair trial.

                              Respectfully submitted,

                              MARCOS DANIEL JIMENEZ
                              UNITED STATES ATTORNEY
                    By:       _____
                              KAREN E. ROCHLIN
                              ASSISTANT U.S. ATTORNEY
                              99 N.E. 4th Street
                              Miami, Florida  33132
                              (305) 961-9234
                              (305) 536-4675 (fax)
                              Court I.D. No. A5500050

3

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by mail this 20th day of August, 2004 on John A. Weekes, Esq, One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301.

KAREN E. ROCHLIN

4

5-20-2004                    Voter Edit Screen Print                    11:44:56


       Voter ID: 10343528

       Name    : SHIVDAYAL, TROY O
       Status  : 7
       Address: 6319 SW 24TH ST

          City : MIR   MIRAMAR     Zip : 33023

     Precinct : 15W-0
egister Date : 04-05-1999
          Sex : M
          SSN : 595- 63-3713
        Phone : 954-983-4579
         Race : B
ate Of Birth : 07-30-1980
        Party : NPA
   Driver Lic.:

     Military : NO
     Overseas : NO
  Out of Cnty : NO
     Asst Req : NO
       Shutin : NO
     Homeless : NO
     Withheld : NO
     Disabled : NO
ail Req Unmet: NO


       Last Activity: 04/08/1999
       Last Card Req: 04/08/1999
       Last Voted: 11/07/2000
       Last Change: 07/11/2002
       Pollworker: NO
       Mail Registrant: NO

oter's Districts:
                 SH105      105TH STATE HOUSE
                 CD17       17TH CONGRESSIONAL
                 SS35       35TH STATE SENATE
                 CC8        COUNTY COMM DIST 8
                 CY27       MIRAMAR
                 OCD20      OCD20
                 SB2        SCHOOL BOARD DIST 2

0343528   SHIVDAYAL, TROY O
mage Loc: No Locator

Florida Voter Registration Application for Troy O. Shivdayal

APR 05 1999

05-20-2004          BROWARD COUNTY Supervisor of Elections            PAGE   1
11:45:15                  VOTING HISTORY REPORT

**TROY O SHIVDAYAL**

Registered Address : 6319 SW 24TH ST
                     MIRAMAR   FL   33023
Voter-ID: 10343528  Registered: 04-05-1999  Status: Canceled - Voter's Request  To


)700  POLL non  11/07/2000 GENERAL


State of FLORIDA
County of BROWARD

     I, DR. BRENDA C. SNIPES, Supervisor of Elections, hereby certify
the foregoing to be a true and correct copy of the voting record
of TROY O SHIVDAYAL as it appears on record in my office.
     Witness my hand and seal on May 20, 2004.

                              DR. BRENDA C. SNIPES
                              Supervisor of Elections


                         By: _____
                                       Deputy

OMB No. 1115-0009

**U.S. Department of Justice**
Immigration and Naturalization Service

# Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

**Part 1. Your Name** *(The Person Applying for Naturalization)*

Write your INS "A"- number here:

A 0 4 6 1 0 9 7 5 0

A. Your current legal name.

Family Name *(Last Name)*

SHIVDAYAL

Given Name *(First Name)*

Full Middle Name *(If applicable)*

Owen

**FOR INS USE ONLY**

Bar Code | Date Stamp

04/30/2002
SSC*000483946
SSC$00047I492

Remarks

B. Your name ... nent Resident Card.

Family Name *(Last Name)*

SHIVDAYAL

Given Name *(First Name)*

Full Middle Name *(If applicable)*

Owen

... m below.

... *(First Name)* | Middle Name

| | N/A |
| | N/A |
| | N/A |

whether to change your name.
...? ☐ Yes ☒ No
... to use. Do not use initials or
abbreviations when writing your new name.

Action

Family Name *(Last Name)*

N/A

Given Name *(First Name)*

N/A

Full Middle Name

N/A

**Part 2. Information About Your Eligibility** *(Check Only One)*

I am at least 18 years old **AND**

A. ☒ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND
I have been married to and living with the same U.S. citizen for the last 3 years, AND
my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

N/A

Form N-400 (Rev. 05/31/01)N

**Part 3. Information About You**

Write your INS "A"- number here:
A 0  4  6  1  0  9  7  5 . 0

A. Social Security Number

5 9  5 - 6 3 - 3 7  1 3

B. Date of Birth *(Month/Day/Year)*

0 7 / 3 0 / 1 9 8 0

C. Date You Became a Permanent Resident *(Month/Day/Year)*

1 1 / 1 8 / 1 9 9 6

D. Country of Birth

Guyana

E. Country of Nationality

Guyana

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)*   [X] Yes   [ ] No

G. What is your current marital status?   [X] Single, Never Married   [ ] Married   [ ] Divorced   [ ] Widowed

[ ] Marriage Annulled or Other *(Explain)* N/A _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   [ ] Yes   [X] No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*   [ ] Yes   [X] No

If you answered "Yes", check the box below that applies:

[ ] I am deaf or hearing impaired and need a sign language interpreter who uses the following language:   N/A _____

[ ] I use a wheelchair.

[ ] I am blind or sight impaired.

[ ] I will need another type of accommodation. Please explain: _____

N/A

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*

6319 SW 24 Street

Apartment Number

N/A

| City | County | State | ZIP Code | Country |
|---|---|---|---|---|
| Miramar | Broward | Florida | 33023-2862 | United States of America |

B. Care of

N/A

Mailing Address - Street Number and Name *(If different from home address)*

N/A

Apartment Number

N/A

| City | State | ZIP Code | Country |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

C. Daytime Phone Number *(If any)*

(954) 331-2000

Evening Phone Number *(If any)*

(954) 983-4579

E-mail Address *(If any)*

shivdaya@bellsouth.net

Form N-400 (Rev. 05/31/01)N  Page 2

| Part 5. Information for Criminal Records Search | Write your INS "A"- number here:<br>A 0 4 6 1 0 9 7 5 0 |
| --- | --- |

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender

[X] Male    [ ] Female

B. Height

5 Feet 9 Inches

C. Weight

150 Pounds

D. Race

[ ] White    [ ] Asian or Pacific Islander    [X] Black    [ ] American Indian or Alaskan Native    [ ] Unknown

E. Hair color

[X] Black    [ ] Brown    [ ] Blonde    [ ] Gray    [ ] White    [ ] Red    [ ] Sandy    [ ] Bald (No Hair)

F. Eye color

[X] Brown    [ ] Blue    [ ] Green    [ ] Hazel    [ ] Gray    [ ] Black    [ ] Pink    [ ] Maroon    [ ] Other

| Part 6. Information About Your Residence and Employment |
| --- |

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) | |
| --- | --- | --- |
| | From | To |
| Current Home Address - Same as Part 4.A | 1 1 / 1 9 9 6 | Present |
| N/A | N/A / N/A | N/A / N/A |
| N/A | N/A / N/A | N/A / N/A |
| N/A | N/A / N/A | N/A / N/A |
| N/A | N/A / N/A | N/A / N/A |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) | | Your Occupation |
| --- | --- | --- | --- | --- |
| | | From | To | |
| TecMarine | 2051 SE 35th Street Ft Lauderdale Florida | 0 9 / 2 0 0 0 | 0 3 / 2 0 0 2 Present | Stevedor |
| N/A | N/A | N/A / N/A | N/A / N/A | N/A |
| N/A | N/A | N/A / N/A | N/A / N/A | N/A |
| N/A | N/A | N/A / N/A | N/A / N/A | N/A |
| N/A | N/A | N/A / N/A | N/A / N/A | N/A |

Form N-400 (Rev. 05/31/01)N Page 3

| Part 7. Time Outside the United States *(Including Trips to Canada, Mexico, and the Caribbean Islands)* | Write your INS "A"- number here: A 0 4 6 1 0 9 7 5 0 |
| --- | --- |

A. How many total days did you spend outside of the United States during the past 5 years?   | 1 | days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?   | 1 | trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | | Countries to Which You Traveled | Total Days Out of the United States |
| --- | --- | --- | --- | --- | --- |
| 0 2 / 1 2 / 2 0 0 0 | 0 2 / 1 3 / 2 0 0 0 | ☐ Yes | ☒ No | Bahamas | 1 |
| N/A / N/A / N/A | N/A / N/A / N/A | ☐ Yes | ☐ No | N/A | N/A |
| N/A / N/A / N/A | N/A / N/A / N/A | ☐ Yes | ☐ No | N/A | N/A |
| N/A / N/A / N/A | N/A / N/A / N/A | ☐ Yes | ☐ No | N/A | N/A |
| N/A / N/A / N/A | N/A / N/A / N/A | ☐ Yes | ☐ No | N/A | N/A |
| N/A / N/A / N/A | N/A / N/A / N/A | ☐ Yes | ☐ No | N/A | N/A |
| N/A / N/A / N/A | N/A / N/A / N/A | ☐ Yes | ☐ No | N/A | N/A |
| N/A / N/A / N/A | N/A / N/A / N/A | ☐ Yes | ☐ No | N/A | N/A |
| N/A / N/A / N/A | N/A / N/A / N/A | ☐ Yes | ☐ No | N/A | N/A |
| N/A / N/A / N/A | N/A / N/A / N/A | ☐ Yes | ☐ No | N/A | N/A |

## Part 8. Information About Your Marital History

A. How many times have you been married (including annulled marriages)?   | N/A |   If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*
N/A

Given Name *(First Name)*
N/A

Full Middle Name *(If applicable)*
N/A

2. Date of Birth *(Month/Day/Year)*
N/A / N/A / N/A

3. Date of Marriage *(Month/Day/Year)*
N/A / N/A / N/A

4. Spouse's Social Security Number
N/A - -

5. Home Address - Street Number and Name
N/A

Apartment Number
N/A

City
N/A

State
N/A

ZIP Code
N/A

| **Part 8. Information About Your Marital History** *(Continued)* |
|---|

Write your INS "A"- number here:
A _0_ _4_ _6_ _1_ _0_ _9_ _7_ _5_ _0_

C. Is your spouse a U.S. citizen?  ☐ Yes  ☐ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?  ☐ At Birth  ☐ Other

If "Other," give the following information:

| 2. Date your spouse became a U.S. citizen | 3. Place your spouse became a U.S. citizen *(Please see Instructions)* |
|---|---|
| N/A /N/A /N/A | N/A |
| | City and State |

E. If your spouse is NOT a U.S. citizen, give the following information :

| 1. Spouse's Country of Citizenship | 2. Spouse's INS "A"- Number *(If applicable)* |
|---|---|
| N/A | A N/A |

3. Spouse's Immigration Status

☐ Lawful Permanent Resident  ☐ Other  N/A

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| N/A | N/A | N/A |

| 2. Prior Spouse's Immigration Status | 3. Date of Marriage *(Month/Day/Year)* | 4. Date Marriage Ended *(Month/Day/Year)* |
|---|---|---|
| ☐ U.S. Citizen | N/A / N/A / N/A | N/A / N/A / N/A |
| ☐ Lawful Permanent Resident | 5. How Marriage Ended | |
| ☐ Other N/A | ☐ Divorce  ☐ Spouse Died  ☐ Other N/A | |

G. How many times has your current spouse been married (including annulled marriages)?  N/A

If your spouse has EVER been married before, give the following information about your spouse's prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| N/A | N/A | N/A |

| 2. Prior Spouse's Immigration Status | 3. Date of Marriage *(Month/Day/Year)* | 4. Date Marriage Ended *(Month/Day/Year)* |
|---|---|---|
| ☐ U.S. Citizen | N/A / N/A / N/A | N/A / N/A / N/A |
| ☐ Lawful Permanent Resident | 5. How Marriage Ended | |
| ☐ Other N/A | ☐ Divorce  ☐ Spouse Died  ☐ Other N/A | |

| Part 9. Information About Your Children | Write your INS "A"- number here: A 0 4 6 1 0 9 7 5 0 |
| --- | --- |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.  `0`

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
| --- | --- | --- | --- | --- |
| N/A | N/A / N/A / N/A | A N/A | N/A | N/A |
| | __/__/____ | A _____ | | |
| | __/__/____ | A _____ | | |
| | __/__/____ | A _____ | | |
| | __/__/____ | A _____ | | |
| | __/__/____ | A _____ | | |
| | __/__/____ | A _____ | | |
| | __/__/____ | A _____ | | |

| Part 10. Additional Questions |
| --- |

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

**A. General Questions**

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*?  ☐ Yes  ☒ No

2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States?  ☒ Yes  ☒ No

3. Have you **EVER** voted in any Federal, state, or local election in the United States?  ☒ Yes  ☒ No

4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return?  ☐ Yes  ☒ No

5. Do you owe any Federal, state, or local taxes that are overdue?  ☐ Yes  ☒ No

6. Do you have any title of nobility in any foreign country?  ☐ Yes  ☒ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?  ☐ Yes  ☒ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: A 0 4 6 1 0 9 7 5 0 |
| --- | --- |

## B. Affiliations

8. a. Have you EVER been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?  ☐ Yes  ☒ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
| --- | --- |
| 1. N/A | 6. N/A |
| 2. N/A | 7. N/A |
| 3. N/A | 8. N/A |
| 4. N/A | 9. N/A |
| 5. N/A | 10. N/A |

9. Have you EVER been a member of or in any way associated *(either directly or indirectly)* with:

a. The Communist Party?  ☐ Yes  ☒ No

b. Any other totalitarian party?  ☐ Yes  ☒ No

c. A terrorist organization?  ☐ Yes  ☒ No

10. Have you EVER advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☒ No

11. Have you EVER persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes  ☒ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

a. The Nazi government of Germany?  ☐ Yes  ☒ No

b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☒ No

c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?  ☐ Yes  ☒ No

## C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you EVER called yourself a "nonresident" on a Federal, state, or local tax return?  ☐ Yes  ☒ No

14. Have you EVER failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☒ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 4 6 1 0 9 7 5 0 |

## D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested? ☐ Yes ☒ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☐ Yes ☒ No

17. Have you **EVER** been charged with committing any crime or offense? ☐ Yes ☒ No

18. Have you **EVER** been convicted of a crime or offense? ☐ Yes ☒ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☒ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ☒ No

21. Have you **EVER** been in jail or prison? ☐ Yes ☒ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER:**

    a. been a habitual drunkard? ☐ Yes ☒ No

    b. been a prostitute, or procured anyone for prostitution? ☐ Yes ☒ No

    c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☒ No

    d. been married to more than one person at the same time? ☐ Yes ☒ No

    e. helped anyone enter or try to enter the United States illegally? ☐ Yes ☒ No

    f. gambled illegally or received income from illegal gambling? ☐ Yes ☒ No

    g. failed to support your dependents or to pay alimony? ☐ Yes ☒ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ☒ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☒ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here:

A  0  4  6  1  0  9  7  5  0

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☒ No

26. Have you **EVER** been removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes  ☒ No

### F. Military Service

29. Have you **EVER** served in the U.S. Armed Forces?  ☐ Yes  ☒ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☒ No

32. Have you **EVER** deserted from the U.S. Armed Forces?  ☐ Yes  ☒ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?  ☐ Yes  ☒ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES". but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year)  | Jan/10/1999 |  Selective Service Number  | 8 0 / 1 3 3 / 9 1 1 9 |

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☒ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☒ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☒ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes  ☐ No

Form N-400 (Rev. 05/31/01)N Page 9

| Part 11.  Your Signature | Write your INS "A"- number here: |
|---|---|
| | A  0  4  6  1  0  9  7  5  0 |

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

Date *(Month/Day/Year)*

04/24/2002

**Part 12.  Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

N/A

Preparer's Signature

Date *(Month/Day/Year)*

/   /

Preparer's Firm or Organization Name *(If applicable)*

Preparer's Daytime Phone Number

(    )

Preparer's Address - Street Number and Name

City

State

ZIP Code

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13.  Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me. including corrections numbered 1 through ____ and the evidence submitted by me numbered pages 1 through ____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Philippe Tassy   2/12/02

Officer's Printed Name or Stamp

Date *(Month/Day/Year)*

Complete Signature of Applicant

Officer's Signature

**Part 14.  Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen.  By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

SHIVDAYAL,Troy Owen

Complete Signature of Applicant

Form N-400 (Rev. 05/31/01)N Page 10



**TOUCHING THE FUTURE**

Broward County Supervisor Of Elections
Miriam M. Oliphant, Supervisor
Broward Governmental Center
115 S. Andrews Avenue, Room 102
Fort Lauderdale, FL 33301

## Certification of Registration

I, *MIRIAM M. OLIPHANT* , *SUPERVISOR OF ELECTIONS*  for *BROWARD COUNTY. FL* , do hereby certify that the following information  is a true and correct copy of the voter registration record on file in this office for:

*SHIVDAYAL, TROY O*

**Date of Registration:**  *04-05-1999*

**Certification Number:**  *10343528*

**Status:** *CANCELED - VOTER'S REQUEST*

**Address**  *6319 SW 24TH ST, MIRAMAR  FL  33023*

**Precinct Number:** *15W*   **Sex:***M*      **Race:** *B*

**Date of Birth:***07-30-1980*

Witness my hand and official seal at *BROWARD  COUNTY, FL* on May 19, 2003

JANE CARROLL
BROWARD COUNTY
SUPERVISOR OF ELECTIONS
115 S. ANDREWS AVENUE. ROOM 102
FORT LAUDERDALE. FL 33301
Return Service Requested

BROWARD COUNTY VOTER REGISTRATION

10343528
REGISTRATION #    15W
PRECINCT#
7/30/80    04/05/99
BIRTH DATE    REGISTRATION DATE

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
PERMIT # 820
FT. LAUDERDALE, FL

YOUR POLLING PLACE ADDRESS IS

FIRST PRESBYTERIAN CHURCH
OF MIRAMAR
MIRAMAR FL 33023

BIT

tion Form G 166-B (1-1-54)          FPI 7-74 4,500 8



**TOUCHING THE FUTURE**

Broward County Supervisor Of Elections
Miriam M. Oliphant, Supervisor
Broward Governmental Center
115 S. Andrews Avenue, Room 102
Fort Lauderdale, FL 33301

## Certification of Registration

I, *MIRIAM M. OLIPHANT*, *SUPERVISOR OF ELECTIONS* for *BROWARD COUNTY, FL*, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

*SHIVDAYAL, TROY O*

**Date of Registration:** *04-05-1999*

**Certification Number:** *10343528*

**Status:** *CANCELED - VOTER'S REQUEST*

**Address** *6319 SW 24TH ST, MIRAMAR FL 33023*

**Precinct Number:** *15W*   **Sex:** *M*      **Race:** *B*

**Date of Birth** *07-30-1980*

Witness my hand and official seal at *BROWARD COUNTY, FL* on *May 19, 2003*.

*MIRIAM M. OLIPHANT*
*SUPERVISOR OF ELECTIONS*
*BROWARD COUNTY, FL*

By _____
           Deputy

# EXHIBIT _____

*Voting record*

Exhibit Identification Form

3528  SHIVDAYAL, TROY
ge Loc: No Locator



0-2003                    BROW    COUNTY Supervisor of Elec    ns                    PAGE   1
16:26                          OTING HISTORY REPORT

**TROY O SHIVDAYAL**

Registered Address : 6319 SW 24TH ST
                     MIRAMAR  FL  33023
Voter-ID: 10343528  Registered: 04-05-1999  Status: Canceled - Voter's Request


0700 POLL non  11/07/2000 GENERAL


State of FLORIDA
County of BROWARD

     I, MIRIAM M. OLIPHANT, Supervisor of Elections, hereby certify
the foregoing to be a true and correct copy of the voting record
of TROY O SHIVDAYAL as it appears on record in my office.
     Witness my hand and seal on May 20, 2003.

                              MIRIAM M. OLIPHANT
                              Supervisor of Elections

                         By: _____
                                  (Deputy



**TOUCHING THE FUTURE**

Broward County Supervisor Of Elections
Miriam M. Oliphant, Supervisor
Broward Governmental Center
115 S. Andrews Avenue, Room 102
Fort Lauderdale, FL 33301

## Certification of Registration

I, *MIRIAM M. OLIPHANT , SUPERVISOR OF ELECTIONS* for *BROWARD COUNTY, FL* , do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

*SHIVDAYAL, TROY O*

**Date of Registration**: *04-05-1999*

**Certification Number**: *10343528*

**Status:** *CANCELED - VOTER'S REQUEST*

**Address** *6319 SW 24TH ST, MIRAMAR FL 33023*

**Precinct Number:** *15W*   **Sex:***M*     **Race:** *B*

**Date of Birth:***07-30-1980*

Witness my hand and official seal at *BROWARD  COUNTY, FL*
on *May 19, 2003  .*

*MIRIAM M. OLIPHANT*
*SUPERVISOR OF ELECTIONS*
*BROWARD  COUNTY, FL*

By:_____
            Deputy

Si desea una traducción de este documento sirvase llamar al teléfono (954) 357-8452
954-357-7050 · Fax#: 954-357-7070

3528  SHIVDAYAL, TROY O

ge Loc: No Locator

| | | | | Official Use Only |
|---|---|---|---|---|
| Revised 3/98 | Please print using a black ballpoint pen. | | | |

Are you a U.S. citizen? ☑Yes ☐No
If NO, you cannot register to vote.

I am not a convicted felon, ☑ or if I am, my rights relating to voting have been restored.

I have not been adjudicated mentally ☑ incapacitated with respect to voting or, if I have, my competency has been restored.

10 34 3528

**2** Check boxes that apply: ☑New Registration ☐Address Change ☐Party Change ☐Name Change ☐Replacement

Last Name: Shivdayal
Suffix (circle) Jr. ⓢ II III IV
First Name: Troy
Middle Name/Initial: O
**4** Sex (circle) ⓜ F

Address Where You Live (legal residence). DO NOT GIVE P.O. BOX.
6319 SW 24 Street  Miramar
Apt./Lot/Unit
City/Town/Village: Miramar
Zip Code: 3823

**6** Address Where You Get Your Mail (if different from #5)
6319 Sw 24 Street Miramar
Zip Code: 33023
**7**
County Where You Live (legal residence)

Date of Birth (month/day/year): 7/50/80
**9** Race/Ethnicity – (see instructions): Black
**10** Social Security Number: 595 63 3713
**11** Daytime Phone Number: 983-4579

**12** Party Affiliation – check one box only (see instructions)
☐ Democratic Party
☐ Other Party (write name below)
☐ Republican Party
☑ No Party Affiliation

Oath: I do solemnly swear (or affirm) that:
• I will protect and defend the Constitution of the United States and the Constitution of the State of Florida.
• I am qualified to register as an elector under the Constitution and laws of the State of Florida.
• I am a U.S. citizen.
• I am a legal resident of Florida.
• All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

**13** Former Name If Making A Name Change

SIGNATURE - Sign or mark on line in box below. (Invalid without signature)

**14** Your Name and Residence Address Where You Were Previously Registered (if applicable)
Name: Troy Shivdayol
Address: 6319 Sw 24 street
City: Miramar  County: SU  State:  Zip Code: 3308

Troy Shivdayol

APR 05 1999

**15** Do You Need Assistance to Vote? ☐Yes ☑No

# VOTER SUPPLEMENT

**Name:** TROY SHIVDAYAL            **A Number:** A46 109 750

**Date & age when you began living in the U.S.:**

11-18-96,  16yrs

**Is your mother a U.S. citizen** ☐ NO ☑ **Yes-If naturalized, your age when she naturalized:**   14 yrs.        Step mother.

**Is your father a U.S. citizen** ☐ NO ☑ **Yes-if naturalized, your age when he naturalized:**   21 yrs.

**Date & age when you originally registered to vote:**

4/5/99,   18 yrs

**How & where did you obtain the Voter's Registration Application?**

Miramar High School

**Where & to whom did you submit your Voter's Registration Application?**

Miramar High School

**On your Voter Registration Application, did you answer that you were a U.S. Citizen** ☐ No ☑ **Yes**

**A. If you answered "Yes", have you ever believed that you were a U.S. citizen?** ☐ No ☑ **Yes, If Yes, please explain the basis of your claim to citizenship?**

I did Not understand the difference of Citizen and Non-Citizen

**B. If you have never believed that you were a U.S. citizen, please explain the reason that you stated that you were a citizen of your Voter Registration Application?**

did not understand the difference of Citizen or NonCitizen

X _Troy Shivdayal_

# VOTERS SUPPLEMENT

Name: **TROY SHIVDAYAL**                    A:    **46 109 750**

**Please answer the following questions if you have ever registered to vote or voted for an election within the United States.**

1. **How old were you when you became a permanent resident of the United States?**

16

2. **If you became a permanent resident while under the age of 16, are your parents United States citizens. If so, please explain.**

**YES, MY STEPMOTHER AND FATHER**

3. **If you are married, what is the nationality of your spouse? If your Spouse is a United States citizen, please explain.**

**NOT MARRIED**

4. **On what date(s) did you register to vote?**

**4/5/99, I WENT TO CANCEL MY VOTER'S REGISTRATION LAST YEAR, I THINK.**

5. **Where did you register to vote (include city, county, and state)? If more than once, please specify.**
   **MIRAMAR HIGH SCHOOL**

1

6.  Have you ever voted in an election in the United States. If so,
    please provide the date, location of the election (city, county & state)
    and type of election held (federal, state, or local) for each.

| Date of Election | Location | Type of Election |
|---|---|---|
| 1. NOVEMBER 2000 | FIRST PRESBYTERIAN BAPTIST CHURCH, MIRAMAR, FL | PRESIDENTIAL ELECTION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

7.  How did you obtain the voter's registration application?
 FROM SCHOOL AT A BOOTH. I THOUGHT I WAS A CITIZEN AT THAT
TIME. I DIDN'T UNDERSTAND THE DIFFERENCES BETWEEN A CITIZEN
AND A RESIDENT.

8.  Did you apply in person or through the mail?
YES

9.  Why did you register to vote, or register and vote in an election
    within the United States when you were not a citizen?

BECAUSE I THOUGHT I WAS A CITIZEN

10. Did you know that it was unlawful for you to apply for a voter's
    registration card and to vote?

NO, NOT AT THAT MOMENT

2

11. When did you first become aware that you were not qualified to Register or vote in the United States?

A YEAR OR TWO AFTER I REGISTERED TO VOTE.

12. If you registered and voted because you believed that you were a Citizen of the United States, please explain.

I REGISTERED TO VOTE BECAUSE I THOUGHT I WAS A CITIZEN AND I DIDN'T KNOW THE DIFFERENCES BETWEEN A CITIZEN AND A RESIDENT.

13. If you registered and voted because you believed that you were a Citizen of the United States, why have you applied for naturalization?

AROUND 2000/2001, MY FATHER EXPLAINED TO ME THAT AFTER 5 YEARS OF PERMANENT RESIDENCY, I HAVE TO APPLY FOR NATURALIZATION.

14. If you registered or voted because you believed you were a citizen, when and how did you become aware that you were not in fact a citizen?

WHEN MY FATHER EXPLAINED TO ME IN AROUND 2000/2001.

15. Have you ever use the voter's registration card as proof of identification including proof of county residence to apply for real estate homestead exemption?

NO

16. Have you ever claimed in writing or in any other way to be a citizen of the United States, please explain.

NO

3

17. **Have you ever represented yourself as a United States citizen for the purpose of obtaining an Immigration benefit or any other federal, state or local government benefit. If yes, please explain.**

NO

18. **Have you ever used the voter's registration card as proof of citizenship? If so, please explain.**

NO

19. **Have you ever been called for jury duty? If so, please, explain.**

NO

_____   __10 - 1-03__
**Applicant's Signature**          **Date**

4

# AFFIDAVIT

A 46 109 750

I, Troy Shivdayal, being first duly sworn, do hereby state under oath, that:

My mother is back in guyana

My father and step mother are marry and living together in the U.S

my mother and father was not marry

my mother never come To the U.S

my father become a citizen in 2001 or 2002

_Troy Owen Shivdayal_
**Applicant**

Sworn to & subscribed before me this 17th day of april 200__ .

_[signature]_
Naturalization Examiner

**EXHIBIT** _____

Applicant's affidavit

Exhibit Identification Form G 166-B (1-1-54)

FPI 7-74 4,500 822(

# Voters Supplement

**Name:** Roy Shirdayal                          **A**_____

Q. Have you ever registered to vote in the U.S.? ☑ **YES** ☐ **NO** (If more than one time, furnish information for each time).

    A. When (date) & Where? (City, County, State)

    Nov 2000 Presidial Election

Q. Have you ever voted in an election in the U.S.? .? ☑ **YES** ☐ **NO** (If more than one time, furnish information for each time).

    A. When (date) & where? (City, County, State) & what type of election was it? (local, state, federal)

    Presidential

Q. Why did you register or vote in an election in the U.S.? (If you have ever believed that you were a citizen of the U.S., please provide full explanation.)

    yes I beleived I was a citizen.

Q. At what age did you become a permanent resident of the U.S? ___16___

Q. If you became a permanent resident while under the age of 16, what is the citizenship of your mother: ___yes___ & father: ___yes___

___Roy Owen Shirdayal___                          ___2/17/03___
      **SIGNATURE**                                                        **DATE**

**SWORN TO & SUBSCRIBED BEFORE ME THIS** ___12___  **EXHIBIT**

_____
      **OFFICER**

**Supplement No.** ___1___

Voters supplement

Exhibit Identification Form G 166-B (1-1-54)

FPI 7-74 4,500 822



JANE CARROLL
BROWARD COUNTY
SUPERVISOR OF ELECTIONS
115 S. ANDREWS AVENUE, ROOM 102
FORT LAUDERDALE, FL 33301

DO WHAT HALF THE WORLD
ONLY DREAMS ABOUT
** VOTE **

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
PERMIT # 820
FT. LAUDERDALE, FL

Return Service Requested

BROWARD COUNTY VOTER REGISTRATION

| 10343528 | 15W | NPA | M | B |
| REGISTRATION # | PRECINCT | PARTY | SEX | RACE |
| 07/30/80 | 04/05/99 | 04/14/99 | | |
| BIRTH DATE | REGISTRATION DATE | ISSUE DATE | | |

TROY O SHIVDAYAL
6319 SW 24 ST
MIRAMAR   FL 33023

JANE CARROLL
SUPERVISOR OF ELECTIONS

SIGNATURE OF VOTER

176

TROY O SHIVDAYAL
6319 SW 24 ST
MIRAMAR FL 33023-2862

Applicant was advised to cancel
the Voter's Registration card

PT
2/12/03



№ 0766412

## CO-OPERATIVE REPUBLIC OF GUYANA
## CERTIFICATE OF BIRTH

NAME OF CHILD — *Troy    Owen*

DATE OF BIRTH — **30th** DAY | **July** MONTH | **1980** YEAR | SEX | *Male*

PLACE OF BIRTH — *Georgetown   Hospital*

MOTHER'S FULL NAME AT THIS BIRTH — *Masane   Boc*

MOTHER'S MAIDEN NAME —

FATHER'S NAME — *Ronald   Shiwdayal*

DATE OF REGISTRATION OF BIRTH — *1st* DAY | *August* MONTH | *1980* YEAR

The information pertaining to the above-named Registrant is true and correct as contained in the Original record on file in the General Register Office

_____ *BNedd*
TRANSCRIPTION CLERK

NOT VALID UNLESS SEAL IS AFFIXED

*406*
CERTIFICATE NUMBER

_____
REGISTRAR GENERAL

*86T*
Division/Centre Number

*97 02 27*
DATE ISSUED

32

## NOTES

1. Guyana Passports are issued and renewed by the competent authority in Guyana, by the Guyana Government's Diplomatic and Consular Offices in foreign countries and by Guyana High Commissioners in Commonwealth countries. Passports should not be sent from one country to another by post.

2. They are available for five (5) years in the first instance unless otherwise stated and may be renewed for a period of five (5) years in the first instance from the date of expiry. The passport may be further renewed for a second period of five (5) years to a total of fifteen (15) years from the original date of issue at the appropriate rate. If at any time the passport contains no further space for visas a new passport must be obtained.

3. They are only available for travel to the countries named on page 4, but may be endorsed for additional countries. The possession of a passport does not exempt the holder from compliance with any immigration regulations in force in any territory or from the necessity of obtaining a visa or permit where required. Passports endorsed as valid for the British Commonwealth are available for travel to territories under British Protection. It should, however, be noted in this connection, that the majority of British territories overseas have immigration restrictions applicable to British Subjects as well as aliens.

4. A passport including particulars of the holder's wife is not available for the wife's use when she is travelling alone.

5. Children who have reached the age of sixteen (16) years require separate passports.

## REGISTRATION AT CONSULATES ABROAD

Guyana citizens resident abroad should at the earliest opportunity register their names and addresses at the nearest Guyana consulate or office of a Guyana High Commission or where there is no Guyana representative, with the nearest United Kingdom representative. Changes of address or departure from the country should also be notified.

Failure to register may in a period of emergency result in difficulty or delay in according assistance and protection.

## CAUTION

This passport remains the property of the Government of Guyana and may be withdrawn at any time.

It is a valuable document and should not be altered in any way or allowed to pass into the possession of an unauthorised person. If lost or destroyed, the fact and circumstances should be reported at once to the Passport Office, Georgetown, or to the nearest Guyana Diplomatic, Consular or other representative and to the local police. New passports can only be issued in such cases after exhaustive enquiries. (The fee for a new passport will be charged at the appropriate rate.)

## Republic of Guyana/République de Guyane

**Passport** Passeport

Type/Type
P.

Code of issuing/Code de l'état
state emetteur
R.G.

Passport no/Passeport no
0752742.

Surname/Nom
SHIVDAYAL.

Given names/Prénoms
Troy Owen.

Nationality/Nationalité
Guyanese.

Date of birth/Date de naissance
1980 July, 30.

Place of birth/Lieu de naissance
Georgetown Guyana.

Authority/Autorite
Passport office.
Georgetown.
Guyana.

Date of issue/Date de délivrance
1995-11-09

Observations page/Observations-page

Date of expiry/Date d'expiration
(Unless renewed, see pages 4 and 5)
(A moins de renouvellement, voir aux pages 4 et 5)

Children/Enfants

Case 0:04-cr-60164-JIC   Document 11   Entered on FLSD Docket 08/24/2004   Page 34 of 38

**PASSPORT**

*These are to request and require in the name of the President of the Republic of Guyana all those whom it may concern to allow the bearer to pass freely without let or hindrance, and to afford the bearer such assistance and protection as may be necessary.*

Name of bearer    *Nom du titulaire*

Mas: Jroy Owen SHIVJAYAL.

PASSPORT
*PASSEPORT*

GUYANA

No. of passport    0752742
*No. du passeport*

National Status    *Nationalité*
Citizen of Guyana

This passport contains 32 pages
*Ce passeport contient 32 pages*

1

Case 0:04-cr-60164-JIC   Document 11   Entered on FLSD Docket 08/24/2004   Page 35 of 38

2

## DESCRIPTION *SIGNALEMENT*

Profession
*Profession* } Student.

Country of
Residence
*Pays de*
*Résidence* } Republic Of Guyana.

Height
*Taille* } 157.5 ............... cms.

Colour of eyes
*Couleur des yeux* } Brown

Colour of hair
*Couleur des cheveux* } Black.

Special peculiarities
*Signes particuliers* } ⎯⎯⎯

Troy Shivdayal
**Signature of Child.**

3

## BEARER'S WIFE
## *FEMME DU TITULAIRE*

| Maiden name | Given names | Date of birth |
|-------------|-------------|---------------|
| *Née* | *Prénoms* | *Date de naissance* |

## BEARER'S CHILDREN
## *ENFANTS DU TITULAIRE*

| Surname | Given names | Date of birth | Sex |
|---------|-------------|---------------|-----|
| *Nom* | *Prénoms* | *Date de naissance* | *Sexe* |



VISAS

AUG 27 1996

CONSULAR SECTION
AMERICAN EMBASSY
GEORGETOWN, GUYANA

96-11-18

VISAS

H.S. IMMIGR...... 1104

NOV 18 1996

ADMITTED: IR2
UNTIL

A-46 109 750

Troy O. Shivdayal

PROCESSED FOR I-551.
TEMPORARY EVIDENCE OF
LAWFUL ADMISSION FOR
PERMANENT RESIDENCE
VALID UNTIL NOV 17 97
EMPLOYMENT AUTHORIZED

Case 0:04-cr-60164-JIC   Document 11   Entered on FLSD Docket 08/24/2004   Page 36 of 38



VISAS

VISAS

